# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 10-1413                                           September Term 2010

EPA-75FR64864

Filed On: April 18, 2011 [1303725]

Sierra Club,

       Petitioner

    v.

Environmental Protection Agency and Lisa Perez Jackson, Administrator,

       Respondents

------------------------------

Utility Air Regulatory Group,
                Intervenor

------------------------------

Consolidated with 10-1415

## O R D E R

Upon consideration of the unopposed motion to hold cases in abeyance, it is

**ORDERED** that the motion be granted, and these cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings on or before June 17, 2011.

                                                    FOR THE COURT:
                                                    Mark J. Langer, Clerk

                                   BY:    /s/
                                                      Mark A. Butler
                                                      Deputy Clerk